KKO
F. #2011R01432

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x
IN THE MATTER OF AN APPLICATION         :
OF THE UNITED STATES OF AMERICA         :     UNSEALING ORDER
FOR AN ORDER AUTHORIZING THE RELEASE    :
OF HISTORICAL CELL-SITE INFORMATION     :     11 mc 707
- - - - - - - - - - - - - - - - - - - - x

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Karin K. Orenstein, for an order unsealing the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           October 17, 2011

                                    s/Joan M. Azrack
                                  _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  EASTERN DISTRICT OF NEW YORK